UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHARON THOMASON, et al.,

                          Plaintiffs,

        -v-

MEISHA PORTER, et al.,

                          Defendants.

21 Civ. 10659 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Having been advised by the parties during the initial pretrial conference held on May 4, 2022 that the only outstanding matter in this case regards the settlement of attorney's fees, this case is adjourned for 60 days. A case management conference in this case is scheduled for June 30, 2022, at 4 p.m. The parties should call into the Court's dedicated conference line in the manner directed in the order setting the initial pretrial conference in this case. *See* Dkt. 11.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: May 5, 2022
       New York, New York