UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHARN THOMASON et al.,

                           Plaintiffs,

-v-

MEISHA PORTER, and NEW YORK CITY
DEPARTMENT OF EDUCATION,

                           Defendants.

21 Civ. 10659 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Having been advised by the parties, via email, that the only outstanding matter in this case, which regards attorney's fees, appears largely resolved, and that there are no issues to take up at the previously scheduled June 30, 2022 case management conference, the Court adjourns the conference. The Court grants the parties' joint request, also communicated via email, to submit a stipulation of settlement and dismissal by August 25, 2022.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: June 30, 2022
       New York, New York